BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUL 11 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS ALCAZA-REYES, A/K/A JASIHEL BELTRAN REYES ALCALA, A/K/A JESUS ALCALA A/K/A CULICHE,<br><br>Defendant. | Case No. CR 18-0225-S BLW<br><br>**INDICTMENT**<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C), 846, 853 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine and Heroin
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and (b)(1)(C)**

Beginning in or about 2017, the exact date unknown, and continuing to on or about March 16, 2018, in the District of Idaho and elsewhere, the defendant, JESUS ALCAZA-REYES, A/K/A JASIHEL BELTRAN REYES ALCALA, A/K/A JESUS ALCALA A/K/A CULICHE, did knowingly and intentionally combine, conspire, confederate and agree with other

INDICTMENT - 1

individuals known and unknown to the Grand Jury, to distribute 50 grams or more of actual methamphetamine and a mixture and substance containing a detectable amount of heroin, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A), and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in this Indictment, the defendant, JESUS ALCAZA-REYES, A/K/A JASIHEL BELTRAN REYES ALCALA, A/K/A JESUS ALCALA A/K/A CULICHE, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets</u>. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant"

INDICTMENT - 2

up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

- a. Cannot be located upon the exercise of due diligence;
- b. Has been transferred or sold to, or deposited with, a third person;
- c. Has been placed beyond the jurisdiction of the court;
- d. Has been substantially diminished in value; or
- e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 11th day of July, 2018.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

BRYCE B. ELLSWORTH
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 3