# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** **JESUS ALCAZA-REYES, A/K/A JASIHEL BELTRAN REYES ALCALA, A/K/A JESUS ALCALA A/K/A CULICHE** | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** Address: | **PUBLIC or SEALED:** Sealed |
| | **SERVICE TYPE:** Warrant (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Christopher Davis | **INTERPRETER:** Yes |
| Telephone No.: (208) 386-2107 | If YES, language: Spanish |
| **AGENCY:** Drug Enforcement Administration | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No **CASE NUMBER:** CR-18-0225-S-BLW |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** **Superseding Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and (b)(1)(C)** | **ONE** | **Conspiracy to Distribute Methamphetamine and Heroin** | **At least 10 years and up to life imprisonment, at least 5 years of supervised release, $10,000,000 fine, and $100 Special Assessment** |
| **21 U.S.C. § 853** | **FORFEITURE** | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: 12 December 2018      Assistant U.S. Attorney: BRYCE B. ELLSWORTH *BB (for)*
Telephone No.: (208) 334-1211

U.S. COURTS

DEC 12 2018

Rcvd_____ _____
C_____